THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Sarah Beth
 Bishop, Appellant,
 v.
 The City of
 Union, The Union Department of Public Safety, and Police Chief Sam White, Respondents.
 
 
 

Appeal From Union County
John C. Hayes, III, Circuit Court Judge
Unpublished Opinion No. 2010-UP-260
Submitted April 1, 2010  Filed April 26,
 2010    
AFFIRMED

 
 
 
 N. Douglas Brannon, of Spartanburg, for Appellant.  
 Donna S. Givens and C. Edward Rawl, Jr., both of Columbia; and William
 Whitney, Jr., of Union, for Respondents.
 
 
 

PER
 CURIAM:  Sarah Beth
 Bishop filed suit against the City of Union, The Union Department of Public
 Safety, and Police Chief Sam White (collectively Respondents) under the South
 Carolina Tort Claims Act for negligence and negligent supervision in connection
 with a series of assaults in which Bishop was the victim.  Bishop appeals the
 circuit court's dismissal of her suit as untimely filed, arguing she did not
 discover she had a claim against Respondents until February 15, 2006.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  S.C. Code Ann.
 § 15-78-110 (2005) ("[A]ny action brought pursuant to [the Tort Claims
 Act] is forever barred unless an action is commenced within two years after the
 date the loss was or should have been discovered."); Wiggins v. Edwards,
 314 S.C. 126, 128, 442 S.E.2d 169, 170 (1994) (requiring an injured party to
 "act with some promptness where the facts and circumstances of an injury
 would put a person of common knowledge and experience on notice that some right
 of his has been invaded or that some claim against another party might
 exist").  
AFFIRMED.   
HUFF, THOMAS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.